February 13, 2004

Mr. Richard A. Sheehy
Sheehy Serpe & Ware, P.C.
909 Fannin Street, Suite 2500
Houston, TX 77010-1003

Mr. Robert Alan York
Holman & Keeling, P.C.
440 Louisiana, Suite 2220
Houston, TX 77002-1635

Mr. Jimmy Williamson
Williamson & Sears
300 Fannin, Suite 300
Houston, TX 77002-2401
Ms. Katherine D. Mackillop
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Mr. James B. Edwards
Edwards and Associates
12603 Southwest Freeway, Suite 200
Stafford, TX 77477

Ms. Barbara A. Hilburn
Hilburn Shorest & Sherer
708 Main Street, Suite 610
Houston, TX 77002

RE: Case Number: 03-0163
 Court of Appeals Number: 01-01-01242-CV
 Trial Court Number: 98-20396

Style: MARIA JOCSON, M.D., ET AL.
 v.
 JOE CRABB

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion/s and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |